IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY INCUBATOR, INC., | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:07-cv-468 |
| v. | § § | |
| SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, DAI NIPPON PRINTING, and DNP COLOR TECHNO KAMEYAMA CO, LTD., | § § § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## ORDER

Before the Court is the parties' Agreed Motion for Continuance. The Plaintiff joins the continuance so long as provision is made for the resetting and transfer set forth below. Advised that the Defendants consent, the Court orders as follows: (i) the October 2009 trial setting in the Marshall Division of the Eastern District of Texas is vacated; (ii) the case is transferred to the Texarkana Division of the Eastern District of Texas; and (ii) this case is set for trial on the Court's April 2010 trial docket in Texarkana, Texas.

**SO ORDERED**.

**SIGNED this 18th day of September, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1